## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNE SMITH, individually and on behalf of all those similarly situated, | |
| Plaintiff, | |
| v. | |
| WELLS FARGO, N.A. | Civil Action No. 2:12-cv-06877-LFR |
| and | |
| JOHN DOES 1-10, | |
| Defendants. | |

**FILED**
JUL 09 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

The Court has received the parties' joint stipulation of dismissal. Based on the parties' stipulation, the Court hereby ORDERS that this case is DISMISSED, with each side to bear its own costs and fees. Plaintiff Dianne Smith's claims in this action are hereby dismissed with prejudice. Rodney Watson's claims in this action are hereby dismissed without prejudice to refiling same.

Entered this 9th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE
Restrepo

**ENTERED**
JUL -9 2013
**CLERK OF COURT**